**ROLF E. KROLL, ESQUIRE**
Pa. Supreme Court I.D. No. 47243
**CLAIRE A. MURTHA, ESQUIRE**
Pa. Supreme Court I.D. No. 332014
**MARGOLIS EDELSTEIN**
**214 Senate Avenue, Suite 402**
**Camp Hill, PA   17011**
**Telephone: (717) 760-7502 / (717) 760-7507**
**Facsimile: (717) 975-8124**
**E-mail:** rkroll@margolisedelstein.com
cmurtha@margolisedelstein.com

**Counsel for Defendants,**
**Officer Ryan M. Wiegand and**
**East Lampeter Township Police Department**

| UNITED STATES DISTRICT COURT<br>for the<br>EASTERN DISTRICT OF PENNSYLVANIA | |
|---|---|
| MICHAEL ROBINSON,<br>　　　　　　　Plaintiff<br>　　v.<br><br>KEVIN HUTCHINSON, INDIVIDUALLY AND D/B/A UBREAKIFIX BY ASURION; OFFICER RYAN M. WIEGAND, BADGE NUMBER 39, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; and EAST LAMPETER TOWNSHIP POLICE DEPARTMENT,<br>　　　　　　　Defendants | DOCKET NO.  2:23-cv-4774<br><br>FILED ELECTRONICALLY<br><br>JURY TRIAL DEMANDED |
| **REMOVAL OF DEFENDANTS, OFFICER RYAN M. WIEGAND AND EAST LAMPETER TOWNSHIP POLICE DEPARTMENT** | |

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441 (c) and 28 U.S.C. § 1331, Defendants, Officer Ryan M. Wiegand and East Lampeter Township Police Department ("East Lampeter Defendants"), by and through their counsel, Margolis Edelstein, hereby remove the action captioned as *Michael Robinson v.* Kevin Hutchinson, Individually and d/b/a Ubreakifix By Asurion; Officer Ryan M. Wiegand, Badge Number 39, Individually and in His Official Capacity; and East Lampeter Township Police Department, Docket No. CI-23-07956 as filed in the Court of common Pleas for Lancaster County, Pennsylvania ("the Action") to the United States District Court for the Eastern

District of Pennsylvania, based upon the following:

<u>**STATEMENT OF THE CASE**</u>

1.      On or about November 7, 2023, Plaintiff filed the instant action in the Court of Common Pleas of Lancaster County by way of a Writ of Summons and Complaint. A copy of the Complaint is attached hereto as Exhibit "1".

2.      On or about November 7, 2023, Plaintiff filed a Petition not Proceed in Forma Pauperis. A copy of this Petition was filed confidentially with the court and Defendants do not have a copy of this pleading.

3.      On or about November 9, 2023, the court issued an Order granting Plaintiff's Petition to proceed in Forma Pauperis. A copy of this Order is attached hereto as Exhibit "2".

4.      On or about November 15, 2023, Defendants Ryan Wiegand and Kevin Hutchinson, were served with the Complaint and Summons Praecipe and an Affidavit of Service was filed regarding each. A copy of these Affidavits are attached hereto collectively as Exhibit "3".

5.      On or about December 1, 2023, Attorneys Kroll and Murtha entered their appearance for the East Lampeter Defendants. A copy of this Entry of Appearance is attached hereto as Exhibit "4".

6.      The Complaint purports to assert a cause of action for violations of Plaintiff's civil rights under the United States Constitution pursuant to 42 U.S.C. §1983 and §1988, therefore asserting claims which arise under federal law.

7.      Plaintiff seeks relief in the form of compensatory and punitive damages. *See*, Plaintiff's State Court Action Complaint at Exhibit "1".

**FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331**

8.    This Court has jurisdiction over this matter under 28 U.S.C. § 1331 because Plaintiff's claims involve a federal question.

9.    Plaintiff's Complaint asserts a claim against Defendant Derry Township for, inter alia, violation of Plaintiffs' Fourth Amendment rights pursuant to 42 U.S.C. § 1983.

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL
HAVE BEEN SATISFIED**

10.    Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, orders, and documents from the State Court Action which have been served upon Defendant are being filed with this Notice of Removal (*See*, Exhibits 1-3).

11.    This Notice of Removal has been filed within thirty (30) days of the date that Defendant was served with the Complaint setting forth the claim for relief upon which this matter is based. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

12.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Eastern District of Pennsylvania is the Federal Judicial District embracing the Court of Common Pleas of Dauphin County, Pennsylvania where the State Court Action was originally filed.

13.    Co-Defendant, Kevin Hutchinson, Individually and d/b/a Ubreakifix By Asurion, consents in the removal of this action to the United States District Court for the Eastern District of Pennsylvania.   This Consent is attached hereto as Exhibit 5.

## CONCLUSION

By this Notice of Removal, Defendants, Officer Ryan M. Wiegand and East Lampeter Township Police Department, do not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action.  Defendants, Officer Ryan M. Wiegand and East Lampeter Township Police Department intend no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

## EXHIBITS

Attached hereto are the following Exhibits, which represent copies of the process, pleadings, orders, and documents from the State Court Action which have been served upon Defendants through the date of this filing:

Exhibit 1 ................................................................................................. Complaint

Exhibit 2 ......................... Order granting Plaintiff's Petition to proceed in Forma Pauperis

Exhibit 3 .................................. Sheriff's Return of Service of Complaint upon Defendants

Exhibit 4 ..................................... Praecipe to Enter Appearance of Rolf E. Kroll, Esquire

Respectfully submitted,
MARGOLIS EDELSTEIN

Date:   December 4, 2023        By:    _____

ROLF E. KROLL, ESQUIRE
Pa. Supreme Court I.D. No. 47243
CLAIRE A. MURTHA, ESQUIRE
Pa. Supreme Court I.D. No. 332014
214 Senate Avenue, Suite 402
Camp Hill, PA   17011
PHONE: 717-760-7502 / 717-760-7507
EMAIL: rkroll@margolisedelstein.com
cmurtha@margolisedelstein.com

## PROOF OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the foregoing on all counsel of record by first class and electronic mail transmission, on this 4th day of December, 2023, and addressed as follows:

Michael Robinson
304 Ann Street
Middletown, PA   17057
*Pro Se Plaintiff*

Kevin Hutchinson
2350 Lincoln Highway East
Suite 810
Lancaster, PA 17602
*Pro Se Defendant*

Respectfully submitted,
MARGOLIS EDELSTEIN

Date:   December 4, 2023          By:   _____
ROLF E. KROLL, ESQUIRE
Pa. Supreme Court I.D. No. 47243
CLAIRE A. MURTHA, ESQUIRE
Pa. Supreme Court I.D. No. 332014
214 Senate Avenue, Suite 402
Camp Hill, PA   17011
PHONE: 717-760-7502 / 717-760-7507
EMAIL: rkroll@margolisedelstein.com
cmurtha@margolisedelstein.com