## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ROBINSON, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-4774 |
| | : | |
| KEVIN HUTCHINSON, INDIVIDUALLY | : | |
| AND D/B/A UBREAKIFIX BY | : | |
| ASURION; OFFICER RYAN M. | : | |
| WIEGAND, BADGE NUMBER 39, | : | |
| INDIVIDUALLY AND IN HIS OFFICIAL | | |
| CAPACITY; and EAST LAMPETER | | |
| TOWNSHIP POLICE DEPARTMENT, | | |
| Defendants | | |

## <u>ORDER</u>

**AND NOW**, this  9th  day of July, 2024, upon review of Defendants' Motions to Dismiss Plaintiff's Complaint and Plaintiff's opposition thereto, it is hereby **ORDERED** as follows:

1.     The Motion to Dismiss of Defendant, Kevin Hutchinson (ECF No. 5) is **GRANTED** and Defendant Hutchinson is dismissed from this action**;**

2.     The Motion to Dismiss of Defendants, Officer Ryan Wiegand and East Lampeter Township Police Department (ECF No. 6) is **GRANTED** as follows;

a.  Plaintiff's claims for defamation and malicious prosecution are **DISMISSED with prejudice**;

b.  Plaintiff's claim under section 1983 against East Lampeter Township Police Department is **DISMISSED with prejudice**;

c.  Plaintiff's free speech, due process, and equal protection claims against Officer Wiegand only are **DISMISSED without prejudice**, and Plaintiff may file an Amended Complaint as to Officer Wiegand **ONLY** on those three claims within twenty days, if he can do

so in compliance with the Federal Rules of Civil Procedure. No other Defendants or claims shall

be included in Plaintiff's Amended Complaint.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.